IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CAROL FOSTER                                                                                      PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:16CV091-NBB-JMV

ALICE SMITH, In Her
Official Capacity as Quitman County
Tax Assessor/Collector, and
QUITMAN COUNTY, MISSISSIPPI                                                      DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment is hereby **GRANTED**. This case is dismissed with prejudice and closed.

This, the 10th day of July, 2017.

                                                /s/ Neal Biggers
                                                **NEAL B. BIGGERS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**